## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

BRIAN TACKETT and
JAMES WELCH                                                              PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 2:09-CV-081-P-S

DAVID EVANS, in his individual and official capacity,
TOM ROSS, in his individual and official capacity,
PAUL PEARSON, in his individual and official capacity,
CHRIS OVERTON, in his individual and official capacity,
TIMOTHY BURREL, in his individual and official capacity,
JOHNNY NEWSOM, in his individual and official capacity,
ROGER WEINER, in his individual and official capacity,
HUGH JACK STUBBS, in his individual and official capacity, and
COAHOMA COUNTY, MISSISSIPPI,
CORP OF ENGINEERS                                                       DEFENDANTS

### AGREED ORDER ALLOWING SUBSTITUTION OF COUNSEL

This cause came on before this Honorable Court on motion of one of the defendants, David

Evans, for substitution of counsel, and the Court, having been advised that David Evans agrees

to the substitution, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Pope Mallette, Paul B. Watkins and the law firm

of Mayo Mallette are hereby allowed to withdraw as counsel for defendant David Evans and are

hereby relieved from liability to and further representation of this defendant in this cause, and that

Wilton V. Byars, III and Brooke Newman of the law firm of Daniel Coker Horton & Bell, P.A.

shall be substituted and shown as counsel of record for defendant David Evans.

SO ORDERED this, the 22nd day of May, 2009.


/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

AGREED BY:


/s/ Pope S. Mallette
Pope S. Mallette, Esq.


/s/ Paul B. Watkins
Paul B. Watkins, Esq.


/s/ Wilton V. Byars, III
Wilton V. Byars, III, Esq.


/s/ Brooke Newman
Brooke Newman, Esq.