# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**BRIAN TACKETT** and
**JAMES WELCH**                                    PLAINTIFFS

VS.                                                NO. 2:09-CV-081-P-S

**DAVID EVANS,** in his individual and official capacity,
**TOM ROSS,** in his individual and official capacity
**PAUL PEARSON,** in his individual and official capacity
**CHRIS OVERTON,** in his individual and official capacity
**TIMOTHY BURREL,** in his individual and official capacity
**JOHNNY NEWSOM,** in his individual and official capacity
**ROGER WEINER,** in his individual and official capacity
**HUGH JACK STUBBS,** in his individual and official capacity
**COAHOMA COUNTY, MISSISSIPPI,**
**CORP OF ENGINEERS**                              DEFENDANTS

## ORDER

BEFORE THE COURT is the Defendants' Motion to Strike Amended Complaint (#31). Pursuant to the Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course *before being served with a responsive pleading*. In all other cases, a party may only amend the complaint by written consent of the opposing party or leave of court. Fed. R. Civ. P. Rule 15(a)(2). Plaintiffs have neither made a motion with the court nor received consent from party opposite.

IT IS, THEREFORE, ORDERED that the Defendants' Motion to Strike Amended Complaint (#31) is hereby GRANTED.

SO ORDERED, this the 30th day of October 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE